

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| MICHAEL JANGL, | | No. 08-19-00253-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 2 |
| | § | |
| THE STATE OF TEXAS, | | of Hays County, Texas |
| | § | |
| State. | | (TC# 19-1183CR) |
| | § | |

**O R D E R**

The Appellant's brief in the above styled and numbered cause was due December 6, 2019. On December 18, 2019, Appellant filed a response indicating that he filed a brief with the Hays County clerk and has no intention on filing an additional brief with this Court. Appellant is required to file a brief with the appellate court in compliance with TEX.R.APP.P. 38.1.

On January 22, 2020, this Court ordered the trial court in this case to conduct a hearing to determine whether Appellant Michael Jangl, pro se, wished to continue with his appeal. Appellant has since filed documents with this Court indicating his desire to continue his appeal. Therefore, this Court orders the upcoming trial court hearing to determine whether Jangl wishes to proceed with his appeal to be CANCELLED.

However, Jangl has still not complied with his duty to file an Appellant's Brief *in this Court and addressed to this Court* that complies with the requirements set out in Rule 38.1 of the

1

Texas Rules of Appellate Procedure. Under these circumstances, the Court retains the discretion to either dismiss this appeal for want of prosecution/failure to adhere to a Court order or to submit this case for consideration without a reporter's record and without briefs.

In lieu of invoking these remedies at this time, the Court will afford Jangl one last opportunity to file an Appellant's Brief that complies with the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. **APPELLANT'S BRIEF IS DUE 14 DAYS FROM THE DATE OF THIS ORDER**. Failure to timely file a brief in this Court will lead the Court to submit the case on the basis of the record alone, dismiss the case for failure to comply with a Court order without further notice, or issue other orders as appropriate.

IT IS SO ORDERED this 3rd day of February, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.